FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 DEC 17 P 2: 13

_____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

-VS-

MAHER MIZYED

CRIMINAL NUMBER: 04-104-C-M2

## ORDER

CONSIDERING THE FOREGOING MOTION, it is hereby ordered that the supervised release of Maher Mizyed is hereby terminated and Maher Mizyed is discharged from further supervision by the United States Probation Office.

Alternatively, it is hereby ordered that this matter be set for hearing on the _____ day of _____, 2008, at ___ o'clock ___.m.

Baton Rouge, Louisiana this _17th_ day of ~~May~~ Dec., 2008.

_____
UNITED STATES DISTRICT COURT JUDGE